No. 97–7081. HAM v. SNIDER. C. A. D. C. Cir. Certiorari denied.

No. 97–7083. GREENE v. MCDANIEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7084. DIGGS v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97–7085. HICKS v. POLUNSKY ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–7087. FOOTMAN v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 97–7088. PHILLIPS v. GOBER, ACTING SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 97–7091. RAMON FONTES v. UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–7092. GILBERT v. COLLIER ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–7097. HAMILTON v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 97–7098. EDWARDS v. CITY OF MANCHESTER, NEW HAMPSHIRE, ET AL. C. A. 1st Cir. Certiorari denied.

No. 97–7106. YOUNG v. MURRAY ET AL. Commw. Ct. Pa. Certiorari denied.

No. 97–7108. ISREAL v. MARSHALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 97–7110. GATTIS v. DELAWARE. Sup. Ct. Del. Certiorari denied.

No. 97–7112. SIMS v. AMUNDSON ET AL. C. A. 10th Cir. Certiorari denied.